**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy            12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br>Bring your picture identification to your meeting with the trustee. | **Tammy** <br>First name <br><br>**M** <br>Middle name <br><br>**Hill** <br>Last name and Suffix (Sr., Jr., II, III) | _____ <br>First name <br><br>_____ <br>Middle name <br><br>_____ <br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br>Include your married or maiden names. | **Tammy Hill** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-3222** | |

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 1

Debtor 1 **Tammy M Hill**  Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **7411 JFK Boulevard East**<br>**Unit 303**<br>**North Bergen, NJ 07047**<br>Number, Street, City, State & ZIP Code<br><br>**Hudson**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Tammy M Hill** _____  Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District _____ When _____ Case number _____ |
| | District _____ When _____ Case number _____ |
| | District _____ When _____ Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor _____ Relationship to you _____ |
| | District _____ When _____ Case number, if known _____ |
| | Debtor _____ Relationship to you _____ |
| | District _____ When _____ Case number, if known _____ |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Tammy M Hill**                                                                 Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

Debtor 1  **Tammy M Hill**                                                                                        Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** | *You must check one:* | *You must check one:* |
| | ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** |
| The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** |
| If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** |
| | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. |
| | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. |
| | If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. | If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. |
| | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| | ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of**: |
| | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| | ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Tammy M Hill**                                                                 Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
■ Yes

**18. How many Creditors do you estimate that you owe?**
☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Tammy M Hill
_____         _____
**Tammy M Hill**                                              Signature of Debtor 2
Signature of Debtor 1

Executed on    **May  8, 2019**                  Executed on    _____
                    MM / DD / YYYY                                       MM / DD / YYYY

Debtor 1  **Tammy M Hill**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Virginia E. Fortunato**  Date  **May 8, 2019**
Signature of Attorney for Debtor     MM / DD / YYYY

**Virginia E. Fortunato**
Printed name

**VIRGINIA E. FORTUNATO, L.L.C.**
Firm name

**One Kinderkamack Road**
**Hackensack, NJ 07601**
Number, Street, City, State & ZIP Code

Contact phone  **201-673-5777**   Email address

**0787 NJ**
Bar number & State

```
1st Union Nat'l Bank/Wachovia
c/o Wells Fargo Bank, N.A. (FDIC)
101 North Phillips Avenue
Sioux Falls, SD  57104


1st Union Nat'l Bank/Wachovia
Att:  The Peak Service Corp.
P.O. Box 2329
Riverton, NJ  08077


1st Union Nat'l Bank/Wachovia
Att:  Linton, Distasio, Edwards & Miller
1720 Mineral Spring Road
P.O. Box 461
Reading, PA  19602


7411 Boulevard East Condominium Assoc.
c/o RELB Property Management LLC
210 Washington Street
Hoboken, NJ  07030


7411 Boulevard East Condominium Assoc.
Att:  Realty Express Labarbera Propertie
P.O. Box 63243
Phoenix, AZ  85082-3243


Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT  84130


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA  19101


Advanta Bank Corp.
Att:  Drinker Biddle & Realth LLP
222 Delaware Avenue - Suite 1410
222 Delaware Avenue - Suite 1410


Advanta Bank Corp.
Drinker, Biddle & Realth LLP
600 Campus Drive
Florham Park, NJ  07932-1047
```

```
Advanta Bank Corp.
Att: Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801


Advanta Bank Corp.
Att: Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153


Advanta Bank Corp.
Att: Roger G. Schwartz, Esq.
Lathan & Watkins LLP
1721 Avenue of the Americas
New York, NY 10022


Advanta Bank Corp.
Att: Richards, Layton & Finger, P.A.
920 North Street Street
P.O. Box 551
Wilmington, DE 19801


Advanta Bank Corp.
Att: Federal Department Insurance Corp.
Consumer Response Center
1100 Walnut Street - Box #11
Kansas City, MO 64106


Advanta Bank Corp.
Att: Federal Deposit Insurance Corp.
Division of Resolution & Receivership
1601 Bryan Street
Dallas, TX 75201


American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Express
Att: Becket & Lee LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, PA 19355
```

American Express
Corporate Office and Headquarters
200 Vesey Street
New York, NY 10285

American Express Bank, FSB (FDIC)
4315 South 2700 West
Salt Lake City, UT 84184

American Express Legal
500 North Franklin Turnpike
P.O. Box 278
Ramsey, NJ 07446

American Express Travel Related Services
200 Vesey Street
World Financial Center
New York, NY 10285

American Express Travel Related Services
Att: Law Offices of Mitchell N. Kay
90 Main Street - #308
Hackensack, NJ 07601

American Express/Bankruptcy
Correspondence
P.O. Box 981540
El Paso, TX 79998

American Express/Bankruptcy
P.O. Box 8218
Mason, OH 45040

Bloomingdales Corporate Office
1000 Third Avenue
New York, NY 10022

Bloomingdales Insider
P.O. Box 183083
Columbus, OH 43218

BMW Corporate Office & Headquarters
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07675

```
BMW Financial Services
Att: Bankruptcy Department
P.O. Box 3608
Dublin, OH 43016


Borough of Collingswood
c/o DM Billing
P.O. Box 1016
Voorhees, NJ 08043


Camden Univeristy Health Care
1 Cooper Plaza
Camden, NJ 08103


Capital One
Att: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Capital One
15000 Capital One Drive
Richmond, VA 23238


Capital One Bank (USA) (FDIC)
4851 Cox Road
Glen Allen, VA 23060


Charles H. Bowers, MD
Att: Lisa Goldstein, Esq.
McAloon & Friedman PC
123 William Street
New York, NY 10038


CIT Bank, National Association (FDIC)
75 South Lake Avenue
Pasadena, CA 91103


CIT Group/Sales Finance
Att: Synergetic Communications, Inc.
5450 NW Central - #1000
Houston, TX 77092


Citi
P.O. Box 44195
Jacksonville, FL 32231-4195
```

```
Citibank
Att: NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Citibank
Att: NCO Financial Systems
10540 White Rock Road - Suite 350
Rancho Cordova, CA 95670-6094


Citibank, NA (FDIC)
701 East 60th Street, North
Sioux Falls, SD 57104


Citibank/Home Depot
P.O. Box 6497
Sioux Falls, SD 57117


CitiCards
P.O. Box 183085
Columbus, OH 43218


Comenity Bank (FDIC)
One Righter Parkway - Suite 100
Wilmington, DE 19803


Comenity Bank/Victoria's Secret
P.O. Box 182125
Columbus, OH 43218


Cooper University Hospital
1 Cooper Plaza
Camden, NJ 08103


Creditors Financial Group
3131 S Vaugh Way - Suite 110
Aurora, CO 80014-3501


Dell Financial Corporate Office
1 Dell Way
Round Rock, TX 78682


Dell Financial Services
P.O. Box 6403
Carol Stream, IL 60197
```

```
Department Stores National Bank (FDIC)
701 East 60th Street
Sioux Falls, SD 57104


Dept of Ed/582/Nelnet
Att:  Bankruptcy Department
3015 Parker Boulevard
Suite 400
Aurora, CO 80014


Dept of Ed/582/Nelnet
3015 Parker Road
Aurora, CO 80014


Deutsche Bank National Trust
1761 E. St. Andrew Place
Santa Ana, CA 92705


Deutsche Bank National Trust Company
300 South Grand Avenue
41st Floor
Los Angeles, CA 90071


Deutsche Bank National Trust, et al
Att:  Ras Citron LLC
130 Clinton Road - #202
Fairfield, NJ 07004


Deutsche Bank Trust Co Americas (FDIC)
60 Wall Street
New York, NY 10005


Deutsche Bank Trust Co Delaware (FDIC)
1011 Centre Road - Suite 200
Wilmington, DE 19805


Discover Bank (FDIC)
502 E. Market Street
Greenwood, DE 19950


Discover Card
P.O. Box 71084
Charlotte, NC 28272-1084
```

```
Discover Financial
Att:  Bankruptcy Department
P.O. Box 15316
Wilmington, DE 19850


Discover Financial
P.O. Box 15316
Wilmington, DE 19850


Discover Financial Corporate Office
2500 Lake Cook Road
Riverwoods, IL 60015


DSNB/Bloomingdales
P.O. Box 17759
Clearwater, FL 33762


DSNB/Macy's
P.O. Box 8218
Mason, OH 45040


EdFinancial Services
Att:  Bankruptcy
P.o. Box 36008
Knoxville, TN 37930


EdFinancial Services
120 N Seven Oaks Drive
Knoxville, TN 37922


Edythe B. Adler, PHD
2500 Johnson Avenue
Apartment M1
Bronx, NY 10463


Edythe B. Adler, PHD
260 Garth Road
Scarsdale, NY 10583


Equifax
1550 Peartree Street NW
Atlanta, GA 30309
```

```
Experian
475 Anton Boulevard
Costa Mesa, CA 92626


FedLoan Servicing
Att: Bankruptcy
P.O. Box 69184
Harrisburg, PA 17106


FedLoan Servicing
P.O. Box 60610
Harrisburg, PA 17106


First Premier Bank
Att: Bankruptcy
P.O. Box 5524
Sioux Falls, SD 57117


First Premier Bank
3820 N Louise Avenue
Sioux Falls, SD 57107


First Premier Bank (FDIC)
Headquarters
601 South Minnesota Avenue
Sioux Falls, SD 57104


Gap Corporate Offices
2 Folsom Street
San Francisco, CA 94105


Grameen America
Att: Bankruptcy Department
135 Post Avenue
New York, NY 10034


Grameen America
150 W 30th Street - Fl 8
New York, NY 10001


Home Depot
P.O. Box 689100
Des Moines, IA 50368
```

```
Home Depot Corporate Offices
2455 Paces Ferry Road NW
Atlanta, GA 30339


Jefferson Health
443 Laurel Oak Road
Voorhees, NJ 08043


Jefferson Health
P.O. Box 8484
Cherry Hill, NJ 08002-0484


Jefferson University Hospital
443 Laurel Oak Road
Voorhees, NJ 08043


Lord & Taylor
Corporate Office Headquarters
424 5th Avenue
New York, NY 10018


Macy's
P.O. Box 183083
Columbus, OH 43218


Macy's Corporate Office & Headquarters
7 West 7th Street
Cincinnati, OH 45202


Neiman Marcus
P.O. Box 5235
Carol Stream, IL 60197-5235


Neiman Marcus
Corporate Office & Headquarters
1618 Main Street
One Marcus Square
Dallas, TX 75201


New Jersey Housing and Mortgage
Finance Agency
637 South Clinton Avenue
Trenton, NJ 08650
```

```
New York City Health & Hospitals Corp.
Att: Joshua Cohen, Esq.
DeCorato, Cohen, Sheehan & Federico
90 Broad Street - 14th Floor
New York, NY 10004


Nordstrom FSB Colorado SVC Center
P.O. Box 6587
Englewood, CO 80155


North Bergen Tax Collector
Municipal Building
4233 Kennedy Boulevard
North Bergen, NJ 07047


Ocwen Loan Servicing
4828 Loop Central Drive
Houston, TX 77081


Ocwen Loan Servicing Corporate Office
1661 Worthington Road - Suite 100
West Palm Beach, FL 33409


Ocwen Loan Servicing, LLC
P.O. Box 24738
West Palm Beach, FL 33416-4738


Ocwen Loan Servicing, LLC
P.O. Box 660264
Dallas, TX 75266-0264


Office of the Attorney General
Department of Justice
Att: William Barr, Esq.
950  Pennsylvania Avenue NW
Washington, DC 20530


Omni Credit Services of Florida
P.O. Box 23381
Tampa, FL 33623


Omni Credit Services of Florida
4710 Eisenhower Parkway
Suite A2
Tampa, FL 33634
```

```
PayPal Corporate Offices
2211 North First Street
San Jose, CA 95131


Saks Fifth Avenue
P.O. Box 17157
Baltimore, MD 21297


Saks Fifth Avenue Corporate Office
117 W 57th Street
New York, NY 10001


Sears Corporate Headquarters
3333 Beverly Road
Hoffman Estates, IL 60179


Sears Credit Card
P.O. Box 183081
Columbus, OH 43218-3081


SYNCB/Lord & Taylor
Att:  Bankruptcy
P.O. Box 965060
Orlando, FL 32896


SYNCB/Lord & Taylor
P.O. Box 30253
Salt Lake City, UT 84130


Synchrony Bank (FDIC)
170 West Election Road - Suite 125
Draper, UT 84020


Synchrony Bank/Paypal
P.O. Box 965005
Orlando, FL 32896


Synchrony Bank/TJX
Att:  Bankruptcy
P.O. Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
P.O. Box 965015
Orlando, FL 32896
```

```
Synchrony Bank/Walmart
Att:  Bankruptcy
P.O. Box 965060
Orlando, FL 32896


Synchrony Bank/Walmart
P.O. Box 965024
Orlando, FL 32896


TD Bank, NA (FDIC)
2035 Limestone Road
Wilmington, DE 19808


The Bank of New York
Att:  Urden Law Offices
Woodcrest Corporate Center
111 Woodcrest Road - Suite 200
Cherry Hill, NJ 08003


The Bank of New York Mellon (FDIC)
240 Greenwich Street
New York, NY 10007


The Bank of New York Mellon (FDIC)
225 Liberty Street
New York, NY 10281


The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808


TJ Maxx
Corporate Office & Headquarters
770 Cochituate Road
Framingham, MA 01701


Trans Union
P.O. Box 2000
Chester, PA 19022-2000


Trans Union Corporate Office
555 W. Adams Street
Chicago, IL 60661
```

```
US Attorney for the District of NJ
Att: Civil Process
970 Broad Street - 7th Floor
Newark, NJ 07102


US Department of Education
400 Maryland Avenue, SW
Washington, DC 20202


US Department of Education
Student Loans Default


Victoria's Secret
P.O. Box 659728
San Antonio, TX 78265-9728


Victoria's Secret Corporate Office
3 Limited Parkway
Columbus, OH 43230


Wells Fargo Bank N.A.
f/k/a Wachovia Bank, N.A.
Att: Accounts Receivable Management
P.O. Box 129
Thorofare, NJ 08086


Wells Fargo Bank N.A.
f/k/a Wachovia Bank
Att: Begley & Gaskill
40 East MainStreet
Moorestown, NJ 08057


Wells Fargo Bank, N.A. (FDIC)
101 North Phillips Avenue
Sioux Falls, SD 57104


Wells Fargo Bank, N.A. (FDIC)
101 North Phillips Avenue
Sioux Falls, SD 57104
```