| |
|---|
| Clerk Of the Bankruptcy Court |
| Newark, NJ |

**LAW OFFICES**
**John W. SYWILOK LLC.**
**52 MAIN STREET**

**HACKENSACK, NJ 07601**

(201) 487-9390
sywilokattorney@sywilok.com

SUBJECT: <u>Tammy M. Hill.    Bankruptcy Case No. No. 19-19494 NEW JERSEY</u>

| |
|---|
| 12/28/2023 |

Dear Sir/Madam: I am the Chapter 7 Trustee of the above named debtor. This case involves a medical malpratice case against a Hospital in New York arising from the first bankruptcy of this debtor. Excess funds would pass to this bankruptcy. Litigation is still pending. I anticipate some type of resolution within the next 90 days.

.

.

John W. Sywilok
Chapter 7 Trustee

| SIGNED | *John W. Sywilok* |
|---|---|

# MEMO